# EXHIBIT A

Case 1-12-12465-MJK, Doc 576-1, Filed 05/13/14, Entered 05/13/14 17:13:06, Description: Exhibit A - Invoice, Page 1 of 4

Report **IPMB0005 - WIP Detail**
End Date 02/21/2014

| Service Group | (All) |
|---|---|
| Service Line | Assurance |
| Product Line | 25Other Assurance |

| Partner, Control Group, Client, Folder, Item | Effective Date | Trans Type | Original Date | Employee Name | Category | Comments | Hour | Avg Rate | Time WIP | Exp WIP | Progress Bill | Client Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Koziol,Henry(22751) | | | | | | | | | | | | |
| No Control Group () | | | | | | | | | | | | |
| Demco, Inc.(479-756-6) | | | | | | | | | | | | |
| DEMCO - DIP(10029) | | | | | | | | | | | | |
| Time | 10/01/2013 | | | John Gugino | | Roll over and Complete caseware file from 2011 to 2012. Import Trial Balance and Tax Code and reclassify Accounts. | 3.0 | 167.00 | 501.00 | | 0.00 | 501.00 |
| | 10/02/2013 | | | John Gugino | | federal tax return preparation- tax depreciation and gain/loss using BNA | 3.0 | 167.00 | 501.00 | | 0.00 | 501.00 |
| | 10/08/2013 | | | John Gugino | | federal tax return depreciation work papers and state allocations and determining state filings | 4.5 | 167.00 | 751.50 | | 0.00 | 751.50 |
| | 10/09/2013 | | | John Gugino | | federal tax return preparation | 4.0 | 167.00 | 668.00 | | 0.00 | 668.00 |
| | 10/16/2013 | | | Thomas Wanchick | | Assisting Mr. Gugino with S corporation income tax return preparation | 2.0 | 181.00 | 362.00 | | 0.00 | 362.00 |
| | 10/17/2013 | | | John Gugino | | federal tax return m-1's | 1.5 | 167.00 | 250.50 | | 0.00 | 250.50 |
| | 10/18/2013 | | | Henry Koziol | | Discussion with john Gugino regarding status of federal return , discussion of state allocation s for equipment, discussion of negative gross profit and possible components. | 0.3 | 410.00 | 123.00 | | 0.00 | 123.00 |
| | | | | John Gugino | | state tax return preparation | 8.0 | 167.00 | 1,336.00 | | 0.00 | 1,336.00 |
| | 10/22/2013 | | | Henry Koziol | | meeting with Mike Morin to review CIP schedule and obtain explanations of large losses on various jobs, review components of various genera;l ledger account to determine proprietary of accounting treatment | 1.1 | 410.00 | 451.00 | | 0.00 | 451.00 |
| | | | | | | review December 31, 2012 trial balance and Construction in process schedule in preparation of meeting with Mike Morin. Print and review 12/31/2011 CIP schedule to review Underbillings and potential impact on 12/31/12 results of operations | 1.3 | 410.00 | 533.00 | | 0.00 | 533.00 |
| | | | | John Gugino | | meeting with Mike Morin and Henry Koziol | 1.1 | 167.00 | 183.70 | | 0.00 | 183.70 |
| | 10/24/2013 | | | John Gugino | | tax preparation of state taxes ( 11 states ) | 3.0 | 167.00 | 501.00 | | 0.00 | 501.00 |
| | 10/25/2013 | | | John Gugino | | Five composite returns for GA, KS, MI, MO, SC | 4.0 | 167.00 | 668.00 | | 0.00 | 668.00 |

| Service Group | (All) |
|---|---|
| Service Line | Assurance |
| Product Line | 25Other Assurance |

| Partner, Control Group, Client, Folder, Item | Effective Date | Trans Type | Original Date | Employee Name | Category | Comments | Hour | Avg Rate | Time WIP | Exp WIP | Progress Bill | Client Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time | 11/01/2013 | | | Thomas Wanchick | | Review of 2012 S corporation income tax returns | 3.2 | 181.00 | 579.20 | | 0.00 | 579.20 |
| | 11/06/2013 | | | Thomas Wanchick | | Review of 2012 S corporation income tax returns | 2.0 | 181.00 | 362.00 | | 0.00 | 362.00 |
| | 11/07/2013 | | | Thomas Wanchick | | Review of 2012 S corporation income tax returns | 3.0 | 181.00 | 543.00 | | 0.00 | 543.00 |
| | 11/08/2013 | | | Thomas Wanchick | | Review of 2012 S corporation income tax returns | 5.0 | 181.00 | 905.00 | | 0.00 | 905.00 |
| | 11/11/2013 | | | Thomas Wanchick | | Review of 2012 S corporation income tax returns | 3.4 | 181.00 | 615.40 | | 0.00 | 615.40 |
| | 11/12/2013 | | | Thomas Wanchick | | Review of 2012 S corporation income tax returns | 1.0 | 181.00 | 181.00 | | 0.00 | 181.00 |
| | 11/20/2013 | | | John Gugino | | clear review point from for federal and state | 2.5 | 167.00 | 417.50 | | 0.00 | 417.50 |
| | 11/25/2013 | | | John Gugino | | clear federal and state review notes | 3.0 | 167.00 | 501.00 | | 0.00 | 501.00 |
| | 11/27/2013 | | | John Gugino | | clear state tax review notes | 1.0 | 167.00 | 167.00 | | 0.00 | 167.00 |
| | 12/02/2013 | | | John Gugino | | tax return preparation | 3.0 | 167.00 | 501.00 | | 0.00 | 501.00 |
| | 12/05/2013 | | | John Gugino | | assisting Tom on finishing off Demco- e file set up | 1.0 | 167.00 | 167.00 | | 0.00 | 167.00 |
| | | | | Thomas Wanchick | | Final review of 2012 federal and state S corporation; making revisions myself, as Mr. Gugino left for the day | 5.3 | 181.00 | 959.30 | | 0.00 | 959.30 |
| | 12/09/2013 | | | Henry Koziol | | Phone call with Mike Morin regarding assets disposed of with no proceeds, | 0.2 | 410.00 | 82.00 | | 0.00 | 82.00 |
| | | | | | | Top level Review of tax workpapers and federal and multi state income tax returns | 2.2 | 410.00 | 902.00 | | 0.00 | 902.00 |
| | | | | John Gugino | | minor changes to return set up to efile. | 1.0 | 167.00 | 167.00 | | 0.00 | 167.00 |
| | 12/10/2013 | | | Sara Carle | | BEGAN PROCESSING FORMS 1120S, GA 600S, GA IT-CR, KS 120S, LA CIFT-620, MO 1120S, NY CT-C, SC 1120S, TN FAE 170, TX 05-163, NYC 3L FOR 2012. | 0.8 | 112.00 | 89.60 | | 0.00 | 89.60 |
| | 12/11/2013 | | | Sara Carle | | FINISHED PROCESSING FORMS 1120S, GA 600S, GA IT-CR, KS 120S, LA CIFT-620, MO 1120S, NY CT-C, SC 1120S, TN FAE 170, TX 05-163, NYC 3L FOR 2012. | 0.4 | 112.00 | 44.80 | | 0.00 | 44.80 |
| | 12/27/2013 | | | Dave Barrett | | Discuss 410 issue with HGK. Tehn, review IRC SEC 108 insolvenly exceptio rules | 1.3 | 410.00 | 533.00 | | 0.00 | 533.00 |

IPMB0005
02/21/2014 3:14 PM
WIP Detail
Page 2 of 3

Case 1-12-12465-MJK, Doc 576-1, Filed 05/13/14, Entered 05/13/14 17:13:06, Description: Exhibit A - Invoice, Page 3 of 4

Report IPMB0005 - WIP Detail
End Date 02/21/2014

| Service Group | (All) |
| --- | --- |
| Service Line | Assurance |
| Product Line | 25Other Assurance |

| Partner, Control Group, Client, Folder, Item | Effective Date | Trans Type | Original Date | Employee Name | Category | Comments | Hour | Avg Rate | Time WIP | Exp WIP | Progress Bill | Client Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Time | 01/16/2014 | | | Dave Barrett | | Review IRC SEC 108 Rules RE: Insolvency and bankruptcy of an S Corporation. Review projected B/S of Demco Post Chapt 11. Print out discussion of C/O/D eclusion rules for HGK. | 1.3 | 410.00 | 533.00 | | 0.00 | 533.00 |
| | 01/20/2014 | | | John Gugino | | engagement letter for 2013 | 0.5 | 172.00 | 86.00 | | 0.00 | 86.00 |
| | | | | Thomas Wanchick | | 2013 tax engagement letter preparation | 0.3 | 186.00 | 55.80 | | 0.00 | 55.80 |
| | 01/21/2014 | | | Sara Carle | | FINALIZED TAX ENG LTR FOR 12/31/13. | 0.2 | 112.00 | 22.40 | | 0.00 | 22.40 |
| | 02/13/2014 | | | Thomas Wanchick | | Resolve e-file authorization forms issues | 0.5 | 186.00 | 93.00 | | 0.00 | 93.00 |
| | 02/14/2014 | | | Thomas Wanchick | | Follow up on 2012 efile authorization forms | 0.2 | 186.00 | 37.20 | | 0.00 | 37.20 |
| Time Total | | | | | | | 79.1 | 194.36 | 15,373.90 | | 0.00 | 15,373.90 |
| Expense | 12/13/2013 | | | Prep Partner Partner for McGladrey client | Tax Processing | 00330 00012899 JOURNAL ENTRY VENDOR Prosystem charge for Form 1120S for 2012 for Demco, Inc. | | | | 785.00 | 0.00 | 785.00 |
| Expense Total | | | | | | | | | | 785.00 | 0.00 | 785.00 |
| Progress | 09/30/2013 | | 09/30/2013 | Lisa Welsh | | Progress Bill | | | | | (7,500.00) | (7,500.00) |
| Progress Total | | | | | | | | | | | (7,500.00) | (7,500.00) |
| DEMCO - DIP(10029) Total | | | | | | | 79.1 | 194.36 | 15,373.90 | 785.00 | (7,500.00) | 8,658.90 |
| Demco, Inc.(479-756-6) Total | | | | | | | 79.1 | 194.36 | 15,373.90 | 785.00 | (7,500.00) | 8,658.90 |
| No Control Group () Total | | | | | | | 79.1 | 194.36 | 15,373.90 | 785.00 | (7,500.00) | 8,658.90 |
| Koziol,Henry(22751) Total | | | | | | | 79.1 | 194.36 | 15,373.90 | 785.00 | (7,500.00) | 8,658.90 |
| Report Total | | | | | | | 79.1 | 194.36 | 15,373.90 | 785.00 | (7,500.00) | 8,658.90 |

IPMB0005
02/21/2014 3:14 PM
WIP Detail
Page 3 of 3

Case 1-12-12465-MJK, Doc 576-1, Filed 05/13/14, Entered 05/13/14 17:13:06, Description: Exhibit A - Invoice, Page 4 of 4