# EXHIBIT A

**KATZ, & FIERRO, LLP**
CERTIFIED PUBLIC ACCOUNTANTS     55 NORTHERN BLVD., SUITE 404, GREAT NECK, NY 11021
TEL :(516) 708-1913, FAX :(516) 708-1924

October 21, 2016

Fee for the following Services:

| Date | Description | | Amount |
|---|---|---|---|
| October 17, 2016: | Review of The Books and Records of Demco, Inc. | | |
| Jonathan Katz | 7 hours at 250.00 | | $1,750 |
| Christopher Fierro | 7 hours at 250.00 | | $1,750 |
| October 18, 2016 | Review of Books and Records and Begin Preparation of Financial Statement for Demco, Inc | | |
| Jonathan Katz | 7 hours at 250.00 | | $1,750 |
| Christopher Fierro | 7 hours at 250.00 | | $1,750 |
| October 19, 2016 | Finalize Preparation of Financial Statement for Demco Inc. | | |
| Jonathan Katz | 7 hours at 250.00 | | $1,750 |
| Christopher Fierro | 7 hours at 250.00 | | $1,750 |
| October 21, 2016 | Review Statement and proper Accounting and Assemble Financial Statement | | |
| Jonathan Katz | 4 hours at 250.00 | | $1,000 |
| Christopher Fierro | 5.25 hours at 250.00 | | $1,312 |
| Rental Car | | | $430.55 |
| | | | <u>13,242.55</u> |